AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF    NEVADA

BRENT MORRIS,

       Petitioner,         JUDGMENT IN A CIVIL CASE
  V.

                              CASE NUMBER: **3:16-cv-00212-MMD-WGC**

ISIDRO BACA, et al.,

       Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

 October 7, 2016                                      **LANCE S. WILSON**
                                                                        Clerk

                                                                    K. Walker
                                                                   Deputy Clerk